COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**

**FORT WORTH**

**NO. 02-12-00211-CV**

CLARENCE GARCIA                                        APPELLANT

V.

MICHAEL A. HILLSBERRY                                  APPELLEE

------------

FROM THE 362ND DISTRICT COURT OF DENTON COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Appellant's Unopposed Motion To Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: MCCOY, MEIER, and GABRIEL, JJ.

------------

[1]*See* Tex. R. App. P. 47.4.

DELIVERED:  July 5, 2012